### BOLEN v. WILLIAMS et al.

No. 11349—Opinion Filed Feb. 13, 1923.

(Syllabus.)

1. Appeal and Error—Failure to File Petition in Error Within Six Months—Dismissal.

Proceedings in error in this court can only be begun by petition in error, and where the same is not filed within six months from date of final order, the appeal will be dismissed.

Error from District Court, Greer County; Arthur G. Sutton, Assigned Judge.

Action by Roland M. Williams et al. against S. B. Bolen. Judgment for plaintiffs, motion for new trial overruled, and defendant brings error. Dismissed.

Percy Powers and C. C. Wells, for plaintiff in error.

A. R. Garrett, for defendants in error.

PER CURIAM. On the 24th day of October, 1919, motion for new trial was overruled by the trial judge, and plaintiff in error appeals.

On the 23rd day of April, 1920, case-made was filed in this court, but petition in error was not filed until the 7th day of May, 1920, which was more than six months after final order.

Proceedings in error are begun in this court by petition in error, which is jurisdictional, and when the same is not filed within the six months' period, the appeal will be dismissed. Dill v. Marks, 53 Okla. 142, 155 Pac. 521; McMasters v. English et al., 26 Okla. 818, 110 Pac. 1070. Dismissed